UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN - 4 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

MOHSEN KHOSHMOOD, )
)
Plaintiff, )
)
v. ) Civil Action No. 17-2400 (UNA)
)
CITY OF WASHINGTON DC, )
)
Defendant. )

## MEMORANDUM OPINION

This matter is before the Court on the plaintiff's application to proceed *in forma pauperis* and his *pro se* civil complaint. The application will be granted, and the complaint will be dismissed without prejudice.

The instant complaint is substantially similar to that filed in a recent lawsuit, *see Khoshmood v. City of Washington, DC*, No. 17-2407 (D.D.C. filed Nov. 6, 2017), and it will be dismissed as duplicative.

An Order is issued separately.

DATE: December ___ 2017
January 2, 2018

United States District Judge